sion in *Commonwealth v. Foster*, 17 A.3d 332 (Pa.2011) (plurality).

**George STRZELCZYK, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Sept. 28, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of September, 2011, the Order of the Commonwealth Court is **AFFIRMED.**